CJR/LEP/CAH: USAO2018R00282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. CCB-19-022 |
| | * |
| DONTRAY JOHNSON, | * (Retaliating Against a Witness, 18 U.S.C. |
| a/k/a Gambino, | * § 1513(b)(1) ) |
| a/k/a Bino | * |
| | * |
| Defendant | ****** |

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about March 8, 2018, at the Chesapeake Detention Facility, Baltimore City, in the District of Maryland, the defendant,

**DONTRAY JOHNSON,**
**a/k/a Gambino,**
**a/k/a Bino**

knowingly engaged in conduct causing bodily injury to another person, with the intent to retaliate against that person for their attendance as a witness and testimony given in an official proceeding to wit: *United States v. Corey Hammond*, Case # CCB-16-0562.

18 U.S.C. § 1513(b)(1)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

_____January 16, 2019_____
Date