IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. CCB-19-0022 |
| DONTRAY JOHNSON | * | |

\* \* \* \* \* \* \* \* \* \*

**MOTION IN LIMINE TO PRECLUDE USE
OF DEFENDANT'S NICKNAME AT TRIAL**

Dontray Johnson, through his attorney, C. Justin Brown, Brown Law, respectfully moves this Honorable Court to strike from the Indictment and preclude the use elsewhere at trial of Johnson's purported nicknames "Gambino" and "Bino." In support of this Motion, Johnson states the following:

1. Johnson is charged with witness retaliation, in violation of 18 U.S.C. § 1513(b)(1). He is scheduled for trial on November 18, 2019.

2. Based on the indictment, it is likely that the Government plans to reference Johnson's purported nicknames, "Gambino" and "Bino."

3. The introduction of a nickname in a criminal trial is only relevant and permissible if the nickname is necessary to identify the defendant in connection with the charged crime. *See United States v. Clark*, 541 F.2d 1016, 1018 (4th Cir. 1976).

4. If the Government wishes to use the nickname at trial, it must offer evidence that the nickname exists, and that the nickname has a relationship to the criminal act. *Id.*

5.	In the discovery provided by the Government, there is no indication that Johnson's nickname is necessary to identify him or to connect him to the crime.

6.	Further, the probative value of the nickname does not outweigh the substantial likelihood of unfair prejudice against Johnson. By referring to Johnson using a nickname associated with an organized crime family, the Government would be improperly attempting to obtain a conviction based on inadmissible character evidence.

7.	Johnson respectfully requests that the Government be required to introduce evidence, at a hearing, that establishes a relationship between the charged crime and the nickname.

8.	If the request for a hearing is denied, Johnson requests that the Court preclude the Government from referencing the nickname until the Government has established the proper foundation during trial.

WHEREFORE, for the above reasons and for any other reasons that may appear to the Court, the Defendant respectfully requests that this Honorable Court preclude reference to Johnson's purported nicknames during trial.

Respectfully Submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
1 N. Charles St., Suite 1301
Baltimore, Maryland 21201
Tel: 410-244-5444
Fax: 410-934-3208

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on this Motion.

_____/s/_____
C. Justin Brown

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, a copy of this Motion was served on all parties via CM/ECF.

_____/s/_____
C. Justin Brown