**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

November 25, 2019

MEMORANDUM TO COUNSEL

Re:  *United States v. Dontray Johnson*
     Criminal No. CCB-19-0022

Dear Counsel:

This will confirm the results of our telephone conference call on November 22, 2019.

Because of defense counsel's personal circumstances, the original trial date of November 18, 2019 had to be postponed. We will now hold the weeks of January 6 and 13, 2020, for the trial of this case.[1] Counsel will update the court as soon as convenient regarding the witness issue and whether trial should start on the 6th or the 13th.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge

---

[1] The week of January 6th is available only if the other criminal case set for that date (CCB-18-399) resolves or is postponed.