| Date/Call ID | Inmate Name/ID | Number Dialed: | Call Summary: |
|---|---|---|---|
| 2/28/18 @8:13pm | Dontray Johnson 2414819 | 443-462-1016 | General talk |
| 3/2/18 @9:41am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @1:15pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @2:52pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @4:13pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @5:51pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @8:00pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/2/18 @10:18pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/3/18 @9:52am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/3/18 @11:53am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/3/18 @2:16pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/3/18 @7:07pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/3/18 @8:50pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |

DEFENDANT'S EXHIBIT NO. __1__
CASE NO.: _CCB-19-22_
IDENTIFICATION: _1/2/2020_
ADMITTED: _1/2/2020_

T-DJ-0001

| | | | |
|---|---|---|---|
| 3/4/18 @10:52am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/4/18 @11:49am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/4/18 @5:05pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/4/18 @6:23pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/5/18 @12:41pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/5/18 @4:29pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/5/18 @6:47pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/5/18 @9:25pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/6/18 @11:02am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/6/18 @4:25pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/6/18 @7:15pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/6/18 @8:33pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/7/18 @10:03am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/7/18 @2:36pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/7/18 @4:54pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |

| Date/Time | Name | Phone | Notes |
|---|---|---|---|
| 3/7/18 @6:28pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/7/18 @10:44 | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/8/18 @10:02am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/8/18 @12:41pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/8/18 @2:33pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/8/18 @4:43pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/9/18 @9:43am | Dontray Johnson 2414819 | 443-889-2452 | Johnson states he "got caught up in some bullshit and is on lockup. Does not want to explain, states he will tell caller in person when they visit. |
| 3/9/18 @12:01pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/9/18 @2:29pm | Dontray Johnson 2414819 | 443-889-2452 | 2:13: Johnson: "I don't want to fuss with you because I don't know what's gonna happen tomorrow but I need you to get down here. Whatever you doing you need to put that shit to the side and come see your man." Tells Caller he cannot tell her what is going on because people are listening to the phone calls. |
| 3/9/18 @6:28pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/9/18 @8:05pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/9/18 @9:42pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/10/18 @10:09am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/10/18 @12:24pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |

T-DJ-0003

| 3/10/18 @2:19pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
|---|---|---|---|
| 3/10/18 @5:00pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/10/18 @8:18pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/10/18 @10:29pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/11/18 @10:07am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/11/18 @2:37pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/11/18 @4:18pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/11/18 @8:51pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/12/18 @10:13am | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/12/18 @12:23pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |
| 3/12/18 @2:16pm | Dontray Johnson 2414819 | 443-889-2452 | General talk |

| Date/Call ID | Inmate Name/ID | Number Dialed: | Call Summary: |
|---|---|---|---|
| 3/9/18 @10:34pm | Dontray Johnson 2414819 calling from Tony Wright 0266100 | 443-889-2452 | General talk |
| 3/12/18 @12:24pm | Dontray Johnson | 443-889-2452 | General talk |

|  | 2414819 calling from Tony Wright 0266100 |  |  |