# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| | : | CRIM. NO. CCB-19-0022 |
| DONTRAY JOHNSON | : | |
| | : | |
| Defendant | : | |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Photo of Marcel Gardner | 1/6/2020 | 1/6/2020 |
| 2 | Photo of Dontray Johnson | 1/6/2020 | 1/6/2020 |
| 3 | Photo of Jerome Holloway | 1/7/2020 | 1/7/2020 |
| 4 | Video — Camera Angle 1 (Stabbing) | 1/6/2020 | 1/6/2020 |
| 4a | Video Clip from Exhibit 4 — 6:21:18 to 6:21:22 PM (Stabbing) | 1/6/2020 | 1/6/2020 |
| 4b | Video Clip from Exhibit 4 — 6:21:18 to 6:21:22 PM (Stabbing, with Box Highlighting Area of Interest) | 1/6/2020 | 1/6/2020 |
| 4c | Video Clip from Exhibit 4 — 6:21:56 to 6:22:06 PM (Johnson Removes Outer Shirt) | 1/6/2020 | 1/6/2020 |
| 4d | Video Clip from Exhibit 4 — 6:21:56 to 6:22:06 PM (Johnson Removes Outer Shirt, with Box Highlighting Area of Interest) | 1/6/2020 | 1/6/2020 |
| 4e | Video Clip from Exhibit 4 — 6:23:05 to 6:23:15 PM (Goldsberry Kicks Trash Can Down Hall) | 1/6/2020 | 1/6/2020 |
| 5 | Video — Camera Angle 2 (Leadup, Aftermath) | 1/6/2020 | 1/6/2020 |
| 5a | Video Clip from Exhibit 5 — 6:18:22 to 6:18:26 PM (Holloway Walks Up Stairs) | 1/6/2020 | 1/6/2020 |
| 5b | Video Clip from Exhibit 5 — 6:18:22 to 6:18:26 PM (Holloway Walks Up Stairs, with Box Highlighting Area of Interest) | 1/6/2020 | 1/6/2020 |

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 5c | Video Clip from Exhibit 5 — 6:18:30 to 6:18:41 PM (Johnson Walks Out of Cell and Up Stairs) | 1/6/2020 | 1/6/2020 |
| 5d | Video Clip from Exhibit 5 — 6:18:30 to 6:18:41 PM (Johnson Walks Out of Cell and Up Stairs, with Arrow Highlighting Area of Interest) | | |
| 5e | Video Clip from Exhibit 5 — 6:21:20 to 6:21:32 PM (Gardner Stumbles Down Stairs) | | |
| 5f | Video Clip from Exhibit 5 — 6:21:44 to 6:21:53 PM (Johnson Puts Shank Through Inmate Goldsberry's Feed Slot) | | |
| 5g | Video Clip from Exhibit 5 — 6:21:44 to 6:21:53 PM (Johnson Puts Shank Through Inmate Goldsberry's Feed Slot, with Box and Zoom Highlighting Area of Interest) | | |
| 5h | Video Clip from Exhibit 5 — 6:22:58 to 6:23:14 PM (Goldsberry Puts Trash Can Outside Cell, Kicks Down Hallway) | | |
| 5i | Video Clip from Exhibit 5 — 6:24:27 to 6:24:47 PM (CO Recovers Shank From Goldsberry Trash Can) | | |
| 6 | Notice of Inmate Rule Violation, Johnson and Holloway | | |
| 7 | Holloway Instagram freedoubler_ — Profile Page | | |
| 8 | Holloway Instagram freedoubler_ — Photo of Holloway 1 | | |
| 9 | Holloway Instagram freedoubler_ — Photo of Holloway 2 | | |
| 10 | Holloway Instagram freedoubler_ — Photo of Notice of Inmate Rule Violation | | |
| 11 | Photo of Gardner Stab Wound | 1/7/2020 | 1/7/2020 |
| 12 | Photo of Gardner Stab Wound — Close Up | 1/7/2020 | 1/7/2020 |
| 13 | Photo of Gardner Injuries — Scratch and Blood on Neck | 1/7/2020 | 1/7/2020 |
| 14 | [Intentionally Left Blank] | | |
| 15 | [Intentionally Left Blank] | | |
| 16 | Photo of Shank Next to Ruler | 1/7/2020 | 1/7/2020 |
| 17 | Photo of Shank | 1/7/2020 | 1/7/2020 |

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 18 | Johnson Facebook gbino2 — Johnson Wearing Murdaland Mafia Shirt and Pants | 1/8/2020 | 1/8/2020 |
| 19 | [Intentionally Left Blank] | | |
| 20 | Bailey Instagram 5almighty_gang2 — Johnson M Back Tattoo "My Blood Is My Honor" | 1/7/2020 | 1/7/2020 |
| 21 | [Intentionally Left Blank] | | |
| 22 | [Intentionally Left Blank] | | |
| 23 | Johnson Signed Stipulation of Facts in Plea Agreement (Redacted) | 1/8/2020 | 1/8/2020 |
| 24 | Certified DPSCS Records of Inmate Housing Status | 1/8/2020 | 1/8/2020 |
| 25 | Photo of Corey Hammond | 1/7/2020 | 1/7/2020 |
| 26 | Photo of David Bond | | |
| 27 | Photo of Jamal Lockley | 1/7/2020 | 1/7/2020 |
| 28 | Photo of James Goldsberry | 1/7/2020 | 1/7/2020 |
| 29 | Photo of Randy Banks | 1/7/2020 | 1/7/2020 |
| 30 | Photo of Richard Small | | |
| 31 | Gardner Plea Agreement | | |
| 32 | Bond Plea Agreement | | |
| 33 | Sullivan Plea Agreement | | |
| 34 | Pages from Transcript of Marcel Gardner Testimony on March 7, 2018 | 1/6/2020 | 1/6/2020 |
| 35 | Excerpt from Facebook Account | 1/8/2020 | ~~ID Only~~ 1/9/2020 |
| 36 | Photo - Sontray Johnson | 1/8/2020 | 1/8/2020 |
| 37 | Photo - "D" | 1/8/2020 | ~~1/8/2020~~ ID Only |
| 38 | Emails - J. Smith & D. Proctor | 1/9/2020 | ID Only |
| 39 | Emails - J. Smith & D. Proctor | 1/9/2020 | ID Only |